UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| APRIL FAVORS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 22-1215 (UNA) |
| ATTORNEY REGISTRATION, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**MEMORANDUM OPINION**

This matter is before the Court on consideration of plaintiff's application to proceed *in forma pauperis*, ECF No. 2, and her *pro se* complaint, ECF No. 1. The Court grants the application and, for the reasons discussed below, dismisses the complaint.

A *pro se* litigant's pleading is held to less stringent standards than would be applied to a formal pleading drafted by lawyer. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8 of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

1

This plaintiff's complaint, using a preprinted form titled "Complaint for a Civil Case," pertains to "copyrights, racketeer corrupt organization." Compl. at 4. In the section designated for the Statement of Claim, plaintiff states:

> I have sent a copy with this[.]  I would like it to transfer [here]. Complaint. With the case of State of Texas this is altogether Texas is not allowing me to file cases in Texas[.]  I am on the Black List. Unfortunately.

*Id*. In the following section titled "Relief," plaintiff states, "undisputed." *Id*. The handwritten attachment to the preprinted form, *see id.* at 5-7 (page numbers designated by CM/ECF), sheds no light on the claim plaintiff attempts to raise.

As drafted, plaintiff's complaint fails to comply with the minimal pleading standard set forth in Rule 8(a). Plaintiff neither states a basis for this Court's jurisdiction nor sets forth a short and plain statement of claim. Where plaintiff deems relief "undisputed," her complaint fails to specify what form of damages she demands. Accordingly, the Court will grant the application to proceed *in forma pauperis* and dismiss the complaint without prejudice. A separate order will issue.

DATE: May 6, 2022

_____
TREVOR N. McFADDEN
United States District Judge